# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEAL ROBERT HUSSEY,<br><br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>PREMIUM ASSET SERVICES, LLC,<br><br>　　　　　　　Defendant(s). | Case No. 2:16-cv-00758-APG-PAL<br><br>**ORDER DISMISSING CASE FOR WANT OF PROSECUTION** |

　　　On February 14, 2017, the plaintiff was advised by the court (Dkt. #8) that, pursuant to Local Rule 41-1, this case would be dismissed for want of prosecution unless on or before March 16, 2017, action was taken in this case.  Since then, the plaintiff has failed to take any action in this case.  Nor has the plaintiff shown cause why this case should not be dismissed.  Therefore,

　　　IT IS HEREBY ORDERED that this lawsuit is DISMISSED without prejudice.  The clerk of court shall enter judgment accordingly.

　　　Dated: March 20, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　	　　　　　　　UNITED STATES DISTRICT JUDGE